AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 8 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**CHERLYN A. NAPULOU**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number: **1:03CR00538-003**<br>USM Number: 95086-022<br>**Emmanuel G. Guerrero**<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of Standard Condition Nos. 2, 3, 6 and 9, General Condition, Special Condition Nos. 1 and 5, Hawaii Revised Statutes §§ 291-53, 286-132 and 709-906 of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through **5** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:   **2790**

Defendant's Residence Address:
**Honolulu, Hawaii**

Defendant's Mailing Address:
**Honolulu, Hawaii**

November 10, 2005
Date of Imposition of Sentence

Signature of Judicial Officer

**HELEN GILLMOR**, United States District Judge
Name & Title of Judicial Officer

11·17·05
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal C... for Revocation Sheet I

| CASE NUMBER: | 1:03CR00538-003 | Judgment - Page 2 of 5 |
| --- | --- | --- |
| DEFENDANT: | CHERLYN A. NAPULOU | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
| --- | --- | --- |
| 1 | The offender failed to submit a truthful and complete written report within the first 5 days of each month for the months of June through August 2005 | |
| 2 | The offender failed to follow the instructions of the probation officer issued on 3/2/2005 and 10/3/2005, and failed to answer truthfully all inquiries by the probation officer on 8/23/2005 | |
| 3 | The offender associated with a person convicted of a felony without permission of the probation officer on or about 2/24/2005 and 5/2/2005 | |
| 4 | The offender misused a handicap placard and operated a motor vehicle without a license on 3/25/2005 | |
| 5 | The offender failed to participate in a substance abuse program in accordance with the program requirements on 9/16/2005 | |
| 6 | The offender failed to complete an anger management program on 6/9/2005 | |
| 7 | That on or about 9/29/2005, the offender failed to notify the probation officer at least 10 days prior to any change in residence | |
| 8 | That on 10/24/2005, the offender pled guilty to Abuse of Family/Household Member in Family Court of the First Circuit | |

| | |
|---|---|
| CASE NUMBER: 1:03CR00538-003 | Judgment - Page 3 of 5 |
| DEFENDANT: CHERLYN A. NAPULOU | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 MONTHS .

This term consists of TWENTY-FOUR (24) MONTHS at to each of Counts 1 and 5, with both terms to be served concurrently.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.


                                                        _____
                                                        UNITED STATES MARSHAL

                                                        By _____
                                                           Deputy U.S. Marshal

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00538-003 | Judgment - Page 4 of 5 |
| DEFENDANT: | CHERLYN A. NAPULOU | |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 42 MONTHS.

This term consists of FORTY-TWO MONTHS as to each of Counts 1 and 5, with both terms to be served concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.

[ ]   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔]   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon (Check if applicable.)

[ ]   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check if applicable.)

[ ]   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check if applicable.)

[ ]   The defendant shall participate in an approved program for domestic violence. (Check if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00538-003 | Judgment - Page 5 of 5 |
| DEFENDANT: | CHERLYN A. NAPULOU | |

# SPECIAL CONDITIONS OF SUPERVISION

1. That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

2. That the defendant serve 6 months community confinement, in a community corrections center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office

3. That the defendant shall provide the Probation Office access to any requested financial information.

4. Without the prior written approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street, Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached to the Judgment.

5. The defendant shall participate in and complete an anger management program.

6. The defendant shall immediately report any contact with Child Welfare Services.

7. That the defendant cooperate with Child Welfare Services and comply with service plans that may include but are not limited to reunification with her children and visitation privileges, as directed by the Probation Office.

8. That the defendant shall not have regular contact with anyone having a misdemeanor or felony conviction, without the prior permission of the Probation Office.

9. That the defendant must provide the name and identifying information of non-family members before she may reside with them and before allowing such individuals to reside with her and her children.

10. That the defendant shall not possess or consume alcohol during the term of supervision.

OPERATION WEED & SEED
TARGET AREA:
PALAMA - DOWNTOWN/CHINATOWN
OAHU, HAWAII



KALIHI-PALAMA-CHINATOWN-MCCULLY-ALA MOANA SITE (MIDDLE SECTION)