AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

809155

2007 NOV -7 PM 2: 46
U.S. MARSHALS SERVICE
HONOLULU, HI.

UNITED STATES OF AMERICA

V.

WARRANT FOR ARREST

Case Number: CR 03-00538 HG 03

CHERLYN A. NAPULOU

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST CHERLYN A. NAPULOU and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Violating Standard Condition No. 9 and Special Condition No. 8 of the Conditions of Supervised Release.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 08 2007

at 3 o'clock and 58 min. P M.
SUE BEITIA, CLERK

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *signature* | November 7, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL                                    By: Helen Gillmor, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Honolulu, Hawaii

| Date Received 11/7/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 11/7/07 | Arthur Oh, DUSM | *signature* |