# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00538HG-003 |
| CASE NAME: | UNITED STATES OF AMERICA v. (03) CHERYLN A. NAPULOU |
| ATTYS FOR PLA: | Florence T. Nakakuni, AUSA |
| ATTYS FOR DEFT: | (03) Fernando L. Cosio |
| U.S.P.O.: | Carter A. Lee |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | November 19, 2007 | TIME: | 9:15 - 9:30 |

COURT ACTION:   ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (03) CHERYLN A. NAPULOU -

The defendant is present in custody.

Defendant's oral request to continue the hearing on the Order to Show Cause Why Supervised Release Should Not Be Revoked as to Defendant (03) Cheryln A. Napulou is **GRANTED**.

The hearing is continued to December 12, 2007 at 8:30 a.m.

    Submitted by: Mary Rose Feria, Courtroom Manager