ORIGINAL

cc: HG

THE LAW OFFICE OF FERNANDO L. COSIO

FERNANDO L. COSIO #3940
Attorney at Law
1050 Bishop Street, # 244
Honolulu, HI 96813
Telephone: (808) 533-6007
Facsimile: (808) 531-5225

Attorney for Defendant
CHERLYN NAPULOU

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 23 2007

at 3 o'clock and 10 min P M.
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR NO. 03-00538 HG-03 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | LETTER FROM DAVIS MURAMOTO |
| | ) | RE: PROSPECTIVE EMPLOYMENT |
| | ) | FOR DEFENDANT CHERLYN |
| | ) | NAPULOU'S REVOCATION OF |
| | ) | SUPERVISED RELEASE HEARING; |
| | ) | CERTIFICATE OF SERVICE |
| CHERLYN NAPULOU | ) | Date: December 12, 2007 |
| | ) | Time: 8:30 a.m. |
| Defendant, | ) | Judge: The Honorable |
| | ) | Helen Gillmor |

LETTER FROM DAVIS MURAMOTO RE: PROSPECTIVE EMPLOYMENT
FOR DEFENDANT CHERLYN NAPULOU'S REVOCATION OF
SUPERVISED RELEASE HEARING

Attached hereto for the Court's review and consideration is a letter from

Davis Muramoto, General Manager, Popeye's Famous Fried Chicken & Biscuits.

As per Mr. Muramoto's letter, Mr. Muramoto writes: "….I would consider hiring her if she did reapply for employment."

Ms. Napulou previously worked at Popeyes from July 20, 2006 to September 2006, at which time she worked as a cashier and bagger.

Mr. Muramoto, General Manager, further writes in his letter: "She was usually punctual to work and working with her was a good experience as she was very friendly and helpful."

Dated:   Honolulu, Hawaii, November 23, 2007.

_____
FERNANDO L. COSIO
Attorney for Defendant
CHERLYN NAPULOU