

November 15, 2007

To Whom It May Concern,

Cherlyn Napulou was employed at Popeyes Famous Fried Chicken & Biscuits at its Dillingham location between January 4, 2006 to July 20, 2006 and at its Waikiki location from July 20, 2206 until September 2006 upon when she quit due to personal difficulties. She was a full time worker scheduled between 30 to 40 hours per week when she was employed here. During her employment, she was assigned the duties of cashier or bagger. She was usually punctual to work and working with her was a good experience as she was very friendly and helpful.

As our staffing needs change week to week, I cannot say that I would hire her back right away if she were to reapply, but I would consider hiring her if she did reapply for employment.

If you should need further assistance or information regarding her employment, please feel free to call me during normal business hours at 841-4285 and I will be happy to assist you.

Sincerely,

Davis Muramoto
General Manager
Popeyes Famous Fried Chicken & Biscuits
1515 Dillingham Boulevard
Honolulu, Hawaii 96819