### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document will be duly served on the following parties at their following addresses by hand delivery, by facsimile, or by depositing the same in the United States mail, properly addressed and first-class postage prepaid on the date stated below:

FLORENCE T. NAKAKUNI, ESQ.
Assistant United States Attorney
PJKK Federal Building
Room 6-100, 300 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorney for Plaintiff UNITED STATES OF AMERICA

CARL LEE
U.S. Probation Officer
PJKK Federal Building
Room C-110, 300 Ala Moana Boulevard
Honolulu, Hawaii 96813

United States of America Probation Office

Dated: Honolulu, Hawaii, November 23, 2007.

FERNANDO L. COSIO
Attorney for Defendant
CHERLYN NAPULOU