# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00538HG-003 |
| CASE NAME: | UNITED STATES OF AMERICA v. (03) CHERYLN A. NAPULOU |
| ATTYS FOR PLA: | Florence T. Nakakuni, AUSA |
| ATTYS FOR DEFT: | (03) Fernando L. Cosio |
| U.S.P.O.: | Carter A. Lee |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | December 12, 2007 | TIME: | 8:30 - 9:10 |

COURT ACTION: ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (03) CHERYLN A. NAPULOU -

The defendant is present in custody.

The defendant admitted to Violation No 1.
The Court found that this is a Grade C violation, Criminal History Category II.

No allocution by the defendant.

The Defendant (03) Cherylyn A. Napulou was advised that the no contact condition is still in effect and that includes no telephonic contact with Karla Kahau.

The hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked as to Defendant (03) Cherylyn A. Napulou is continued to January 18, 2008 at 11:00 a..m.

The defendant is remanded to the custody of the USMS.

Submitted by: Mary Rose Feria, Courtroom Manager