# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00538HG-003 |
| CASE NAME: | UNITED STATES OF AMERICA v. (03) CHERYLYN A. NAPULOU |
| ATTYS FOR PLA: | Florence T. Nakakuni, AUSA |
| ATTYS FOR DEFT: | (03) Fernando L. Cosio, Esq. |
| U.S.P.O.: | Carter A. Lee<br>Frank M. Condello, II |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | February 20, 2008 | TIME: | 10:30 - 10:55 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (03) CHERYLYN A. NAPULOU -

The defendant is present in custody.

Defense counsel is ordered to provide the Federal Detention Center with the report of Dr. Acklin.  Defense counsel is ordered to work with the Federal Detention Center to develop a medication program and address mental health concerns to possibly secure an intensive dual diagnosis program for residential drug treatment and mental health care.

The hearing on the Order to Show Cause Why Supervised Release Should Not Be Revoked as to Defendant (03) Cherylyn A. Napulou is **CONTINUED** to March 24, 2008 at 2:30 p.m.

Submitted by: Mary Rose Feria, Courtroom Manager