# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 03-00538HG |
| CASE NAME: | United States of America Vs. (03) Cherylyn A. Napulou |
| ATTYS FOR PLA: | Florence T. Nakakuni |
| ATTYS FOR DEFT: | (03) Fernando L. Cosio |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia Fazio |
| DATE: | 03/24/2008 | TIME: | 2:29pm-3:08pm |

COURT ACTION:  EP: As to Defendant (03) Cherylyn A. Napulou-Order to Show Cause Why Supervised Release should not be Revoked-Defendant present in Custody.

At a previous Hearing on 12/12/2007-The Defendant admitted to violation No. 1.  The Court found at that time this is a Grade C violation, Criminal History Category II.

Allocution by the Defendant

Sentence as to Counts 1 and 5-

Imprisonment-10 Months as to each of Counts 1 and 5, with both terms to be served concurrently.

Mittimus Forthwith.

Court Recommendation-1. FDC-Honolulu

Supervised Release-32 Months as to each of Counts 1 and 5, with both terms to be served concurrently.

Special Conditions of Supervised Release-

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. That the defendant serve 6 months community confinement, in a residential reentry center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office.  While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office

8. That the defendant provide the Probation Office access to any requested financial information.

9. Without the prior approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street, Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached to the Judgment.

10. That the defendant shall participate in and complete an anger management program.

11. That the defendant shall immediately report any contact with Child Welfare Services

12. That the defendant cooperate with Child Welfare Services and comply with service plans that may include but are not limited to reunification with her children and visitation privileges, as directed by the Probation Office.

13. That the defendant shall not have regular contact with anyone having a misdemeanor or felony conviction, without the prior permission of the Probation Office.

14. That the defendant must provide the name and identifying information of non-family members before she may reside with them and before allowing such individuals to reside with her and her children.

15. That the defendant shall not possess or consume alcohol during the term of supervision.

16. That the defendant participate in a mental health program at the discretion and direction of the Probation Office. And also take all medications that have been prescribed.

17. That the defendant not have any contact telephonic, written or personal with Karla Kahau.

Government's Counsel-Ms. Nakakuni will contact the officials at the FDC-Honolulu regarding the Court's Order that the Defendant not have any contact telephonic, written or personal with Karla Kahau.


Defendant Advised of her right to Appeal.

Submitted by Leslie L. Sai, Courtroom Manager