ORIGINAL

THE LAW OFFICE OF FERNANDO L. COSIO

FERNANDO L. COSIO #3940
Attorney at Law
1050 Bishop Street, # 244
Honolulu, HI 96813

Telephone: (808) 533-6007
Facsimile:  (808) 531-5225

Attorney for Defendant
CHERLYN NAPULOU

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 03 2008
at __ o'clock and ___ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO.  03-00538 HG-03 |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEAL; |
| | ) | CERTIFICATE OF SERVICE |
| CHERLYN NAPULOU | ) | |
| Defendant, | ) | Judge:  The Honorable Helen Gillmor |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant CHERLYN NAPULOU

in the above-captioned case, hereby appeals to the United States Court of Appeals

for the Ninth Circuit from the sentence imposed upon Defendant CHERLYN NAPULOU, including but not limited to the terms of the Special Conditions of Supervised Release, by this Court on March 24, 2008.

Dated: Honolulu, Hawaii, April 3, 2008.

_____
FERNANDO L. COSIO
Attorney for Defendant
CHERLYN NAPULOU

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document will be duly served on the following parties at their following addresses by hand delivery, by facsimile, or by depositing the same in the United States mail, properly addressed and first-class postage prepaid on the date stated below:

>FLORENCE T. NAKAKUNI, ESQ.
>Assistant United States Attorney
>PJKK Federal Building
>Room 6-100, 300 Ala Moana Boulevard
>Honolulu, Hawaii 96813
>
>Attorney for Plaintiff UNITED STATES OF AMERICA

Dated: Honolulu, Hawaii, April 3, 2008.

FERNANDO L. COSIO
Attorney for Defendant
CHERLYN NAPULOU