# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. CHERLYN NAPULOU

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 03-00538HG-03

II. **DATE NOTICE OF APPEAL FILED:** 04/03/08

III. **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA 11/08/07

   **DOCKET FEE PAID ON:**             **AMOUNT:**

   **NOT PAID YET:**                   **BILLED:**

   **U.S. GOVERNMENT APPEAL:**         **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**        **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

TO:      Clerk, U.S. Court of Appeals                    Date: April 16, 2008

FROM:    Clerk, U.S. District Court, Hawaii

SUBJECT: New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:       U.S.A. vs CHERLYN NAPULOU

U.S.D.C CASE NO.      CR 03-00538HG-03

U.S.D.C. JUDGE:       Helen Gillmor

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ), PETITION ( ), FILED:    11/13/08

APPEALED ORDER FILED:       04/08/08

NOTICE OF APPEAL FILED:     04/03/08

## COUNSEL INFORMATION

APPELLANT:
FERNANDO L. COSIO, ESQ.
1050 BISHOP ST., #244
HONOLULU, HI 96813

APPELLEE:
FLORENCE T. NAKAKUNI, AUSA
OFFICE OF THE UNITED STATES ATTORNEY
300 ALA MOANA BLVD., STE. 6100
HONOLULU, HI 96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: _CJA - 11/08/07

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:

F/P GRANTED:  __

NO OF DAYS OF TRIAL:  _

CUSTODY:            ✓

BAIL:               __

COUNSEL WAIVED:     __

COURT REPORTER(S):  CYNTHIA FAZIO, DEBRA CHUN, STEVE

<u>PLATT, (SEE
DOCKET SHEET)</u>

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

April 16, 2008

FLORENCE T. NAKAKUNI, AUSA
OFFICE OF THE UNITED STATES ATTORNEY
300 ALA MOANA BLVD., STE. 6100
HONOLULU, HI   96850


    IN RE:    U.S.A v. CHERLYN NAPULOU
    CR NO.    CR 03-00538HG-03


Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 04/03/08.

    All counsel (or Pro Se) should read and follow the enclosed instructions.  Thank You.


    Sincerely,
    Sue Beitia, Clerk

    By    Laila M. Geronimo
    Deputy


Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    FERNANDO L. COSIO, ESQ.
        with copy of instructions for criminal appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet