UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. CHERLYN NAPULOU

**U.S. COURT OF APPEALS DOCKET NUMBER:** 08-10190

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CR 03-00538HG-03

II  **DATE NOTICE OF APPEAL FILED:** 04/03/08

III  **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA  11/08/07

**DOCKET FEE PAID ON:**          **AMOUNT:**

**NOT PAID YET:**                **BILLED:**

**U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

**WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**

**WAS F.P. STATUS REVOKED:**     **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 05 2008
DISTRICT OF HAWAII

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)