ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form         CR 03-00538 HG 03

U.S. Court of Appeals Case No. _____   U.S. District Court Case No. _CR 03-00538 HG 03_

Short Case Title _UNITED STATES OF AMERICA VS. CHERLYN A. NAPULOU_

Date Notice of Appeal Filed by Clerk of District Court _____ APRIL 3, 2008 _____

**SECTION A** - To be completed by party ordering transcript   Order for Time Schedule: 4/09/08

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| FEBRUARY 05, 2004 | STEPHEN PLATT | ~~Voir Dire~~ CHANGE OF PLEA 2/5/04 |
| MAY 20, 2004 | CYNTHIA FAZIO | ~~Opening Statements~~ SENTENCING 5/20/04 |
| NOVEMBER 10, 2005 | STEPHEN PLATT | ~~Settlement Instructions~~ HEARING 11/10/05 |
| NOVEMBER 19, 2007 | GLORIA BEDIAMOL | ~~Closing Arguments~~ HEARING 11/19/07 |
| DECEMBER 12, 2007 | STEPHEN PLATT | ~~Jury Instructions~~ HEARING 12/12/07 |
| MARCH 24, 2008 | CYNTHIA FAZIO | ~~Pre-Trial Proceedings~~ Sentencing 3/24/08 |

_____     Other (please specify) _____
(additional page for designations if necessary)

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )   As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _MAY 09, 2008_   Estimated date for completion of transcript _____

Print Name of Attorney _FERNANDO L. COSIO_   Phone Number _(808) 533-6007_

Signature of Attorney _[signature]_

Address _1050 BISHOP STREET # 244, HONOLULU, HAWAII 96813_

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 09 2008
at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
                    (signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

_Sue Beitia_                              BY: _____
(U.S. District Court Clerk)   (date)         DEPUTY CLERK