1

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF HAWAII

 3
     UNITED STATES OF AMERICA,    ) CRIMINAL NO. 03-00538HG
 4                                )
              Plaintiff,          ) Honolulu, Hawaii
 5                                )
         vs.                      ) November 19, 2007
 6                                )
     CHERLYN A. NAPULOU,          ) 9:20 a.m.
 7                                )
              Defendant.          ) Order to show cause why
 8                                ) supervised release should
                                  ) not be revoked
 9   _____

10                     TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE HELEN GILLMOR,
11                CHIEF UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13     For the Government:        FLORENCE T. NAKAKUNI
                                  Assistant U.S. Attorney
14                                District of Hawaii
                                  Room 6100 - PJKK Federal Bldg.
15                                300 Ala Moana Blvd.
                                  Honolulu, Hawaii 96850
16
       For the Defendant:         FERNANDO L. COSIO
17                                Fernando L. Cosio Atty. At Law
                                  1050 Bishop Street, Ste. 244
18                                Honolulu, Hawaii  96813

19

20
       Official Court             GLORIA T. BEDIAMOL, RPR, RMR
21     Reporter:                  United States District Court
                                  P.O. Box 50131
22                                Honolulu, hawaii 96850

23

24   Proceedings recorded by machine shorthand, transcript produced
     with computer-aided transcription (CAT).
25
```

```
 1   Monday, November 19, 2007                          9:20 a.m.
 2          THE CLERK:  Calling Criminal Number 03-00538HG, United
 3   States of America versus Cherlyn Napulou.  This case is called
 4   for an order to show cause why supervised release should not be
 5   revoked.  Appearances please, counsel, for the record.
 6          MS. NAKAKUNI:  Good morning, Your Honor, Florence
 7   Nakakuni for the United States.  Also present is U.S. probation
 8   officer Carter Lee.
 9          THE COURT:  Good morning.
10          MR. COSIO:  Very good morning, Your Honor, Fernando L.
11   Cosio on behalf of the defendant Cherlyn Napulou who is present
12   in the courtroom this morning.
13          THE COURT:  Good morning.  Now, we're here because
14   Ms. Napulou was picked up, and we had no indication -- we
15   didn't receive any filings to postpone this hearing, and we
16   can't just leave her in there without having a hearing.
17          Now, if you need more time, Mr. Cosio, you have two
18   choices.  You can file a notice that you need more time, or you
19   can come in and you can ask me at this point.  But I can't just
20   leave her sitting there.  It looks like the court's not paying
21   any attention.
22          MR. COSIO:  Your Honor, we appreciate the court's
23   concern, and we also concur that it's important for her to have
24   a hearing as soon as possible.  But under the circumstances and
25   considering the gravity of a possible outcome, we respectfully,
```

```
 1   on behalf of the defendant Cherlyn -- I've discussed this with
 2   her, and she's in total agreement -- we'd request at this time
 3   a brief continuance so that we can present all of the facts to
 4   the court, so that the court can arrive at a well-balanced and
 5   informed decision as to the underlying circumstances.
 6             THE COURT:  Okay.  How much time do you need?
 7             MR. COSIO:  Well, Your Honor, I think there's a slight
 8   complication.  In as much as -- perhaps I'll let counsel speak.
 9   But we would request at least a week to prepare.  This
10   Thursday, as the court is aware, is a holiday and I'm
11   feverishly trying to get all the information collected.  I do
12   have one letter already from the therapist.
13             THE COURT:  Yes, I have received it.  Do you want me
14   to file it?
15             MR. COSIO:  Yes, Your Honor.
16             THE COURT:  Okay, we'll make it part of the record.
17             You have a copy of it, Ms. Nakakuni?
18             MS. NAKAKUNI:  Yes, Your Honor.
19             MR. COSIO:  Apparently, Your Honor, if I may speak on
20   behalf of Mr. Lee, apparently he is scheduled to leave this
21   Saturday and won't return until sometime on the 10th of
22   December for rigorous training in the east coast, Your Honor.
23   And that leaves, I think, the only window open would be Friday
24   in the morning this week.
25             THE COURT:  That's not a week.  I'm going to be here.
```

1    You will be probably the only attorney in the entire state,
2    Mr. Cosio, who actually wants to come to court on Friday.  But
3    I don't know if yet Ms. Nakakuni or Mr. Carter intend to be
4    here.
5             MS. NAKAKUNI:  Your Honor, I can be here in the
6    morning and so can Probation Officer Lee. I explained to
7    Mr. Cosio, before the hearing began, that if he needed more
8    time, that was fine.  But I wanted him to understand that
9    Mr. Lee had scheduled training in South Carolina.  He leaves
10   this Saturday, the 25th; he is back in the office on Monday,
11   December 10.  And when I was asked about this week, I said I
12   will be here Friday morning, but at one I do intend to leave
13   the office for the UH football game.
14            THE COURT:  Well --
15            MS. NAKAKUNI:  The other thing -- I'm sorry, Your
16   Honor.
17            THE COURT:  Go ahead.
18            MS. NAKAKUNI:  The other thing I explained to counsel
19   was that if Ms. Napulou admitted to the violations, I didn't
20   need Mr. Lee.  But, if --
21            THE COURT:  I sort of need Mr. Lee for his input.
22            MS. NAKAKUNI:  Yes, Your Honor.  But especially if she
23   denied any of the violations, I needed Mr. Lee to be present so
24   I could call him as a witness.  So I did explain all those
25   facts to counsel, and here we are, Judge.

1          THE COURT:  Well, let me just say this, Mr. Cosio.
2   You have some grand plan here that we're going to actually be
3   able to accomplish on Friday?  I don't want to do anything
4   without Mr. Lee because Mr. Lee has the history and the insight
5   into this situation.  And he is the probation officer who will
6   have to go forward carrying out whatever happens.  So I don't
7   know in terms of what you wish to postpone.  Do you wish to
8   postpone a hearing on the merits, or do you wish to postpone
9   any kind of sentencing or both?
10         MR. COSIO:  Your Honor, at this time, the focus would
11  be on the sentencing itself.  But in order for us to get there,
12  we do need Mr. Lee here present because we have attempted, for
13  example, Your Honor, to get documents from Mahoney Hale, which
14  is the halfway house where Ms. Napulou was referred to, and
15  they very politely said that they can't talk to us and
16  certainly that they can't turn over any documents and anything
17  that we want from them, including reports or whatnot, should go
18  through Mr. Lee since they are in essence subcontractors of the
19  BOP.
20         So the intent, Your Honor, is just to present some
21  positive things on behalf of Ms. Napulou to show the court that
22  she, in fact, complied with the number of things that were
23  requested of her.  The reason she's before the court here today
24  is because she has a relationship with this lady who happens to
25  be a felon.  But the felon -- all of the occasions in which the

1  felon was with the defendant were for all good things, Your
2  Honor.  They went to look for employment together.  This is not
3  a situation where they were out there using drugs or furthering
4  criminal purposes.
5         So we want to have all that information before the
6  court.
7         THE COURT:  Okay.  I already know all of that.  I
8  mean, Mr. Cosio, and you need to move your mic because it's
9  making it hard for the court reporter to hear you.  This has
10 been going on for years.  I mean, there are no big surprises
11 here.  And if you are going to argue that this is a good idea
12 on Friday, you might need to come up with something a little
13 more than you have at this moment in time.
14        I would suggest if -- does your client -- do you know
15 if she intends to admit or deny?
16        MR. COSIO:  Your Honor, we need to go through that
17 very carefully.
18        THE COURT:  So you are not sure.  Okay.  And that's
19 fine.  I think it's not necessarily a bad idea to put it off
20 until December because I think -- this is going to take all of
21 your powers of persuasion, Mr. Cosio, to do anything other than
22 give her something like a year in jail, if she is found to have
23 been untruthful once again, and that's the problem, you know.
24 So do you have an objection to waiting until Monday the 10th or
25 maybe more time than that?  Maybe the 11th because you want to

7

```
 1   get back into the office.
 2              MR. COSIO:   Your Honor, we start a trial --
 3              THE COURT:   Speak into this the microphone, Mr. Cosio.
 4              MR. COSIO:   Yes, Your Honor, I apologize.  We're
 5   presently scheduled to start a trial, a criminal trial, on that
 6   date.  I'm scheduled at 10:00 for a final pretrial.  There's a
 7   good chance that that case will be continued.  If the court is
 8   willing to hear this matter in the morning, I'm sure that we
 9   can make arrangements to start up the trial --
10              THE COURT:   You want to say 9:00 on the 11th?
11              MR. COSIO:   I'd appreciate that, Your Honor.
12              THE COURT:   Or maybe we should say 8:30 because I
13   think I might be in trial myself.  I can't do it on the 11th.
14   The 12th, how is the 12th? How about 8:30 on the 12th?
15              MR. COSIO:   Yes, Your Honor I will inform the rest of
16   this hearing date on the 12th.
17              THE COURT:   Nobody is starting a trial at 8:30; that's
18   why I'm setting it at 8:30.
19              MR. COSIO:   Thank you, Your Honor.
20              THE COURT:   Okay, 8:30 on the 12th.  Is that okay with
21   you, Ms. Nakakuni and Mr. Lee?
22              MS. NAKAKUNI:   Yes, Your Honor.
23              THE COURT:   Be creative, Mr. Cosio, I'm dying to hear
24   how you're going to solve this recurring problem.
25              MR. COSIO:   Thank you, Your Honor. Begging the court's
```

```
 1    indulgence, Your Honor.  Is it possible for the court to order
 2    probation to turn over whatever progress reports they have of
 3    Ms. Napulou, since I'm not able to get them on my own?
 4              THE COURT:  Any problem with that, Mr. Carter?
 5              THE PROBATION OFFICER:  No, Your Honor.
 6              THE COURT:  Okay, very well.  Mr. Carter as always
 7    will cooperate.
 8              MS. NAKAKUNI:  Your Honor, may I have a copy of
 9    whatever is provided to Mr. Cosio as well?
10              THE COURT:  Yes.  Okay.  This is the original so we'll
11    swap this, and you can give the original to --
12              MR. COSIO:  I have the original in hand, Your Honor.
13              THE COURT:  You can deal with the courtroom deputy and
14    get that straightened out, and we'll file that.  And you have a
15    copy, Ms. Nakakuni.  Anything further?
16              MS. NAKAKUNI:  Nothing further, Your Honor.
17              MR. COSIO:  No.  Thank you, Your Honor.
18              THE COURT:  Okay.  Thank you, we stand in recess.
19    (Recess at 9:30 a.m. )
20
21
22
23
24
25
```

```
 1                  COURT REPORTER'S CERTIFICATE
 2          I, Gloria T. Bediamol, Official Court Reporter, United
 3   States District Court, District of Hawaii, do hereby certify
 4   that the foregoing is a correct transcript from the record of
 5   proceedings in the above-entitled matter.
 6
 7          DATED at Honolulu, Hawaii, May 28, 2008.
 8
 9
10                                  /s/ Gloria T. Bediamol
11                                  GLORIA T. BEDIAMOL.
12                                  RPR, RMR
13
14
15
16
17
18
19
20
21
22
23
24
25
```