| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | JUL 08 2008 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| UNITED STATES OF AMERICA, | No. 08-10190 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 1:03-cr-00538-HG-3<br>District of Hawaii,<br>Honolulu |
| v. | |
| CHERLYN A. NAPULOU, | ORDER |
| Defendant - Appellant. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 10 2008

at 11 o'clock and __ min. __ M.
SUE BEITIA, CLERK

Appellant's motion for an extension of time in which to file the opening brief is denied. Counsel is reminded of his obligation to contact the court reporter(s) and court reporter supervisor in an effort to cause preparation of the court reporter transcripts and to describe such contacts in his notice. *See* 9th Cir. R. 11-1.2, amended July 1, 2006. Counsel is also reminded that if a court reporter(s) fails to timely prepare court reporter's transcripts counsel should notify this court of the need to modify the briefing schedule by submitting a notice pursuant to Ninth Circuit Rule 11-1.2, amended July 1, 2006; the notice shall be served on the court reporter(s) and the court reporter supervisor. Within 21 days after this order, the notice or the opening brief shall be filed. If the opening brief is filed, the answering brief is due September 2, 2008. The optional reply brief is due 14 days after service of the answering brief.

                    For the Court:
                    MOLLY C. DWYER
                    Clerk of the Court

                    Alihandra M. Totor
                    Deputy Clerk
                    Ninth Cir. R. 27-7/Advisory Note to Rule 27
                      and Ninth Circuit Rule 27-10

amt/Pro Mo 4Jul 2008